# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1032
Lower Tribunal No. 20-2377
_____

**Yolanda A. Kenny, et al.,**
Appellants,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

The Law Office of Niles B. Whitten, PLLC, and Niles B. Whitten (Gainesville), for appellants.

Greenberg Traurig, P.A., and Kimberly S. Mello (Orlando), for appellee.

Before FERNANDEZ, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.